**Johny RACHMAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–71960.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 14, 2010.*

Filed Jan. 6, 2011.

Kathleen Siok–Sien Koh, Esquire, Law Office of Kathleen S. Koh, Whittier, CA, for Petitioner.

Theodore Charles Hirt, OIL, Janice Kay Redfern, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and THOMAS, Circuit Judges.

MEMORANDUM **

Johny Rachman, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. "[W]e review for whether substantial evidence supports a finding by clear, unequivocal and convincing evidence that [Rachman] abandoned his lawful permanent residence in the United States." *Khodagholian v. Ashcroft,* 335 F.3d 1003, 1006 (9th Cir.2003). We deny the petition for review.

Substantial evidence support's the agency's determination that the government met its burden of showing that Rachman lacked a continuous, uninterrupted intention to return to the United States during the eight years he lived in Indonesia. *See Chavez–Ramirez v. INS,* 792 F.2d 932, 937–38 (9th Cir.1986) (substantial evidence supported finding abandonment of lawful permanent residence where alien spent two and a half years in country of citizenship after the exigency which caused her

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

to return had passed); *cf. Khodagholian,* 335 F.3d at 1007–09.

**PETITION FOR REVIEW DENIED.**

Before: GOODWIN, WALLACE, and THOMAS, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.